# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELVIS GRAHAM

NO. 2024 KW 0389

**JULY 29, 2024**

---

In Re:   Elvis Graham, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-17-0643.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court is proceeding toward disposition of this matter.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT